# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of: | : | No. 2242 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| | : | Board File No. C2-15-908 |
| GEORGE B. DITTER | : | |
| | : | (Court of Common Pleas of Montgomery |
| | : | County, Criminal Division, No. CP-46-CR- |
| | : | 0008215-2015) |
| | : | |
| | : | Attorney Registration No. 23199 |
| | : | |
| | : | (Montgomery County) |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 12th day of February, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, George B. Ditter is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.